Stella V. Healey, administratrix of the estate of Edward J. Healey, deceased, appellee, v. Leroy F. Sullivan, appellant. Gen. No. 30,587.

Action upon promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

John H. McAuliffe and E. W. Rice, for appellant. Henry L. Wilson and William H. Feindt, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

William J. Murphy, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,624.

Certiorari to review proceedings of civil service commission resulting in discharge of patrolman. Order quashing proceedings. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 29, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Chicago Title & Trust Company, trustee, and R. Posner, appellees, v. Earl H. Joice et al., appellants. Gen. No. 30,649.

Suit to foreclose trust deed. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

William J. King, for appellants. Francis A. Harper, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Lawrence M. Hargis, plaintiff, appellee, v. Samuel McCallen and Charles B. Hale, trading as Mechanical Specialties Manufacturing Company, defendants. Samuel McCallen, appellant. Gen. No. 30,748.

Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded with directions for reasons stated in *Hargis v. McCallen*, *ante*, p. 619. Opinion filed March 29, 1926.

Edward B. Zahn, for appellant. Van Natta & King, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

John P. Duke et al., appellees, v. Herman Juhnke, Jr., appellant. Gen. No. 30,597.

John P. Duke et al., appellees, v. Herman Juhnke, appellant. Gen. No. 30,598.

John P. Duke et al., appellees, v. William C. Juhnke, appellant. Gen. No. 30,599.

Appeal from the Municipal Court of Chicago; the Hon. Theodore

F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed for reasons given in *Duke v. Olson*, 240 Ill. App. 198. Opinion filed March 29, 1926.

Albert Fink and Francis M. Lowes, for appellant; Henry N. Shabsin, of counsel. Mayer, Meyer, Austrian & Platt, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Robert Watters, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,621.

Mandamus to compel certification and appointment of certain persons pursuant to civil service regulations. Mandamus awarded. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Leesman & Roemer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

R. D. LeFebre, individually and as trustee, appellee, v. Frank Jedlicka et al., appellants. Gen. No. 30,643.

Bill to foreclose trust deed. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926. Rehearing denied April 12, 1926.

Payton J. Tuohy, for appellants; Charles P. R. Macaulay, of counsel. Otto F. Ring and Harry A. Kerins, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Wiley E. Hosier, appellant, v. John C. Bowers et al., appellees. Gen. No. 30,694.

Action for damages for breach of contract of agency. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Geo. R. Fitzmaurice, for appellant. Church, Haft & Robertson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The Platt & Munk Company, Inc., appellant, v. The Charles T. Powner Company, appellee. Gen. No. 30,730.

Action upon promissory notes. Judgment for defendant upon plea of set-off. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of